# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THOMAS L. BATES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) 2:11-cv-153-JMS-WGH |
| CHARLES L. LOCKETT, | ) ) ) |
| Defendant. | ) |

## Entry and Notice

The petitioner's request filed on December 6, 2011 [25] is **granted**, consistent with the following:

1. The petitioner's notice of appeal was filed the clerk of the district court on August 17, 2011.

2. On August 17, 2011, the clerk of the district court prepared and transmitted to the court of appeals the short record. The short record included a copy of the judgment entered in clerk's docket on July 21, 2011.

3. The long record on appeal will be transmitted to the clerk of the court of appeals upon direction from the court of appeals.

4. At this point, there is nothing incomplete about the docketing of filings or the processing of papers in conformity with requirements of the *Federal Rules of Appellate Procedure*.

5. Based on the foregoing, which may provide clarification of the matter, there is no additional step to be taken or information to be provided relating to the petitioner's appeal filed on August 17, 2011.

6. A copy of the short record on appeal shall be included with the petitioner's copy of this Entry.

**IT IS SO ORDERED.**

Date: 12/07/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas L. Bates
# 99853-024
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808