## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THOMAS L. BATES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  2:11-cv-153-JMS-WGH |
| | ) |
| CHARLES L. LOCKETT, | ) |
| | ) |
| Defendant. | ) |

**Entry Denying Motion for Judgment on the Pleadings**

This action by a federal inmate seeking a writ of habeas corpus was denied based on the court's determination that the petitioner had failed to establish that the savings clause of 28 U.S.C. § 2255(f) applied to the circumstances of his claims in this case. Accordingly, the petitioner was unable to use the general habeas corpus state, 28 U.S.C. § 2241(c)(3) to present challenges to the conviction which was associated with his custody. A petition challenging the conviction may be brought pursuant to 28 U.S.C. § 2241 only if § 2255 "would not . . . be[ ] adequate to test the legality of the conviction and sentence." *Melton v. United States,* 359 F.3d 855, 858 (7th Cir. 2004); 28 U.S.C. § 2255(e).

Judgment was entered on the clerk's docket on July 21, 2011. The petitioner's appeal from this disposition is pending. The petitioner also filed a motion for judgment on the pleadings. That motion [28] is **denied**. The reason for this ruling is that the motion relates to a ruling made by the Court of Appeals and does not seek relief this court could grant while the appeal is pending. The disposition of the habeas petition in this court, moreover, was based on the court's authority to summarily dismiss a legally insufficient petition for writ of habeas corpus—not on the respondent's default.

**IT IS SO ORDERED.**

Date: 01/03/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas L. Bates
# 99853-024
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808